UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR, | No. 2:22-cv-1533 AC P |
| Plaintiff, | |
| v. | ORDER |
| STEPHANIE CLENDENIN, et al., | |
| Defendants. | |

Plaintiff, a civilly committed individual proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  By order filed April 25, 2023, the second amended complaint was screened and plaintiff was given the option to proceed immediately on his cognizable claims or to amend the complaint.  ECF No. 8.  Plaintiff has now notified the court that he would like to amend the complaint.  ECF No. 9.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file a third amended complaint as outlined in the April 25, 2023 screening order.  If plaintiff fails to file an amended complaint, the case will proceed on the second amended complaint, as screened, and it will be recommended that all claims and defendants except for the claims against defendants Clendenin and Price based on (1) plaintiff's conditions of confinement other than the denial of internet capable devices and re-entry assistance and (2) the failure to provide curative treatment be dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: May 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE