1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS BODNAR,                          No.  2:22-cv-01533-DAD-AC (PC)

12              Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DISMISSING
14   STEPHANIE CLENDENIN, et al.,            CERTAIN CLAIMS

15              Defendants.                  (Doc. No. 18)

16

17        Plaintiff Thomas Bodnar is a civilly committed individual proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 11, 2024, the assigned magistrate judge screened plaintiff's third amended

21   complaint and found that plaintiff had stated cognizable Fourteenth Amendment claims against

22   defendants for allegedly subjecting him to overly restrictive conditions of confinement and

23   providing deficient mental health care treatment that substantially departs from acceptable

24   professional standards.  (Doc. No. 18.)  The magistrate judge also found that plaintiff had stated a

25   cognizable First Amendment free exercise claim against defendant Price for failing to reinstate

26   Protestant church services even though other religious services have been reinstated.  (*Id.*)

27   However, the magistrate judge found that plaintiff failed to state a cognizable due process claim

28   /////

                                             1

1   based on his allegations of unfairness in his past and future Sexually Violent Predator Act

2   evaluations.  (*Id.* at 5–7.)

3          The pending findings and recommendations were served on plaintiff and contained notice

4   that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id*. at 8.)

5   To date, no objections have been filed, and the time in which to do so has passed.

6          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

7   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

8   findings and recommendations are supported by the record and proper analysis.

9          Accordingly,

10         1.      The findings and recommendations issued on April 11, 2024 (Doc. No. 18) are

11                 adopted in full;

12         2.      This action shall proceed on plaintiff's Fourteenth Amendment claims brought

13                 against all defendants regarding overly restrictive conditions of confinement and

14                 inadequate mental health treatment, and plaintiff's First Amendment free exercise

15                 claim brought against defendant Price;

16         3.      All other claims brought by plaintiff in this action are dismissed; and

17         4.      This action is referred back to the assigned magistrate judge for further

18                 proceedings consistent with this order.

19         IT IS SO ORDERED.

20  Dated:    **June 17, 2024**                          _____

21                                                       DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28