UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1533 DAD AC P<br><br><br>ORDER |

Plaintiff, a civil detainee, filed a pro se motion to opt out of the early Alternative Dispute Resolution.  ECF No. 22.  In light of plaintiff's recent retention of counsel (ECF Nos. 24-25) and the order granting plaintiff's request to consolidate this case with two other ongoing matters[1] (ECF No. 32), the motion to opt out (ECF No. 22) is DENIED as moot.

**IT IS SO ORDERED.**

DATED: November 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Once a consolidated complaint is approved for filing in the lead case, Stephenson v. Clendenin, No. 2:22-cv-1521 DAD JDP, this action will be administratively closed.  ECF No. 32.

1